# United States Court of Appeals
## For the First Circuit

Nos. 14-1376; 14-1377

THE FPE FOUNDATION,

Plaintiff, Appellant/Cross-Appellee,

v.

LEWIS COHEN, as co-trustee of the Qualified Terminable
Interest Property Trust,

Defendant, Appellant/Cross-Appellant,

MARTIN P. SOLOMON, as co-trustee of the Qualified Terminable
Interest Property Trust; BETSY A. SOLOMON, as trustee of the
LLLB Trust; J. ROBERT CASEY; BETSY A. SOLOMON and
MARTIN P. SOLOMON, as co-trustees of the Cohen-Solomon Family
Foundation,

Defendants, Appellees/Cross-Appellees.

**ERRATA SHEET**

The opinion of this Court issued on September 2, 2015 is
amended as follows:

On page 7, line 20, and page 8, line 2, change "Suit" to
"suit"